Bret F. Meich (SBN 11208)
DOWNEY BRAND LLP
5421 Kietzke Lane, Suite 100
Reno, NV 89511
Telephone: (775) 997-7418
Facsimile: (775) 997-7419

Craig S. Miller, Esq. (139682)
WEISBERG & MILLER, *pro hac vice*
665 Chestnut Street, Third Floor
San Francisco, CA 94133
Telephone: (415) 296-7070
Facsimile: (415) 296-7060

Attorneys for Defendants

# UNITED STATED DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIA A YATES fka CHING, individually, and DENNIS YATES, individually,<br><br>    Plaintiff,<br><br>v.<br><br>HANS G. FRANKE, an individual, and LOUISE MILLIKEN FRANKE fka McCOY, an individual, and DOE DEFENDANTS 1-30, inclusive,<br><br>    Defendants. | CASE NO. : 3:19-cv-00064-RCJ-CBC<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED**, pursuant to LR IA 11-6(c), that Bret F. Meich of the law firm Downey Brand LLP shall, on a moving-forward basis, represent Defendants in this action as local counsel. Mr. Meich substitutes in place of Paul A. Cardinale and Robert B. Smith of the law firm of Lauria Tokunga Gates & Linn, who, upon leave of court, withdraw their representation of Defendants HANS G. FRANKE, an individual, and LOUISE MILLIKEN FRANKE fka McCOY, an individual, in the above-captioned action.

Bret F. Meich's contact information is as follows:

>Bret F. Meich
>DOWNEY BRAND, LLP
>5421 Kietzke Lane, Suite 100

Reno, NV 89511
775.329.5900 Main
775.997.7418 Direct
775.997.7419 Fax
bmeich@downeybrand.com

This substitution of counsel was made with the consent of Defendants and the above-referenced attorneys, as evidenced by the signatures below.

DATED: March 27, 2019.   LAURIA TOKUNAGA GATES & LINN, LLP

By /s/Paul A. Cardinale

DATED: March 27, 2019.   DOWNEY BRAND LLP

By [signature]

We consent to this Substitution.

DATED: March 27, 2019.

[signature]
HANS G. FRANKE

[signature]
LOUISE MILLIKEN FRANKE

IT IS SO ORDERED.

[signature]
UNITED STATES DISTRICT JUDGE

DATED:   April 2, 2019

1550783.1

2

SUBSTITUTION OF COUNSEL